RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/25/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 09-0034 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| THOMAS O. BLAKE | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

The Court finds by a preponderance of the evidence that Thomas O. Blake is presently competent to stand trial. 18 U.S.C. § 4241(e). Accordingly, the matter is referred to the assigned magistrate judge to hold a scheduling conference to select a trial date and associated deadlines.

IT IS SO ORDERED.

MONROE, LOUISIANA, this 25 day of January 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE