

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER 09-0034 |
| VERSUS | JUDGE ROBERT G. JAMES |
| THOMAS O. BLAKE | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 77] filed by Defendant Thomas O. Blake is hereby **DENIED**.

MONROE, LOUISIANA, this 28 day of June 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE