UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 09-0034 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| THOMAS O. BLAKE | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of Defendant Thomas O. Blake and adjudges him guilty of the offense charged in Count One of the Indictment against him, reserving to him his right to appeal the denial of his motion to suppress evidence.

IT IS FURTHER ORDERED that Defendant's Motion in Limine [Doc. No. 88] is DENIED as MOOT.

MONROE, LOUISIANA, this 2nd day of August, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE