UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 09-0034 |
| VERSUS | JUDGE ROBERT G. JAMES |
| THOMAS O. BLAKE | MAG. JUDGE KAREN L. HAYES |

MEMORANDUM ORDER

In light of the mandate of the United States Court of Appeals for the Fifth Circuit [Doc. No. 198], vacating the Court's judgment of revocation [Doc. No. 185] and remanding for a determination whether a competency hearing should be conducted, and further finding that a competency hearing is appropriate in this case,

IT IS HEREBY ORDERED that Defendant Thomas O. Blake ("Blake") remain in custody prior to the competency hearing.

IT IS FURTHER ORDERED that the United States Marshals Service deliver Blake to the Bureau of Prisons ("BOP"), to be detained pursuant to 18 U.S.C. § 4241(b) for an evaluation to be completed by a forensic psychologist.

IT IS FURTHER RECOMMENDED to the BOP that Blake's evaluation take place at Devens FMC, where he is currently housed.

MONROE, LOUISIANA, this 11th day of June, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE